ROBERT D. CHRISTENSON, #076060
CHRISTENSON LAW FIRM
472 WEST PUTNAM AVENUE
PORTERVILLE, CALIFORNIA   93257

(559) 784-4934   Telephone

(559) 784-3431   Facsimile

Attorneys for Plaintiff


UNITED STATES DISTRICT COURT

EASTERN DISTRICT of CALIFORNIA

---o0o---

| | |
|---|---|
| CHRISTOPHER LOPEZ , <br><br> Plaintiff, <br><br> vs <br><br> COMMISSIONER of SOCIAL SECURITY, <br><br> Defendant. | CASE NO: CIV-F 06-0257 AWI TAG <br><br> STIPULATION and ORDER to EXTEND TIME |

The parties, through their respective counsel, stipulate that the time for filing Plaintiff's Opening Brief be extended from September 14, 2006 to October 14, 2006.

This is the Plaintiff's first request for an extension of time in this case. The Plaintiff needs more time to prepare the Opening Brief.

                                          Respectfully submitted,

                                          /s/ Robert D. Christenson

Dated:   September 11, 2006            ROBERT D. CHRISTENSON
                                          Attorney for Plaintiff


Dated:   September 11, 2006            **McGREGOR W. SCOTT**
                                          United States Attorney

                                          /s/ Kristi C. Kapetan
                                          _____
                                          **KRISTI C. KAPETAN**
                                          Assistant U.S. Attorney


IT IS SO ORDERED.

Dated:  **September 18, 2006**                _/s/ Theresa A. Goldner_
**j6eb3d**                                              UNITED STATES MAGISTRATE JUDGE