UNITED STATES DISTRICT COURT

EASTERN DISTRICT of CALIFORNIA

---o0o---

| | |
|---|---|
| CHRISTOPHER LOPEZ,<br><br>    Plaintiff,<br><br>vs.<br><br><br><br><br>COMMISSIONER of<br> SOCIAL SECURITY,<br><br>    Defendant.<br>_____ | CASE NO: 06-cv- 0257<br>          AWI TAG<br><br>ORDER EXTENDING TIME<br>TO FILE PLAINTIFF'S<br>OPENING BRIEF<br><br>ORDER DISCHARGING<br>ORDER TO SHOW CAUSE<br>(Doc. 15) |

      The parties, through their respective counsel, stipulated to a proposed order extending the time to file Plaintiff's Opening Brief from October 14, 2006 to November 14, 2006. (Doc. 13). The Court denied the request for an extension, because no good cause for an extension had been shown, and issued an Order to Show Cause why the case should not be dismissed. (Doc. 15). In response to the Order to Show Cause, Plaintiff's counsel submitted a Declaration in Support of Proposed Order to Extend Time and Response to Order to Show Cause, explaining that he will be out of town for personal reasons from October 5, 2006 to October 15, 2006, and will be occupied by

1

hearings on October 2, 4, and 5, 2006. (Doc. 16).

The Court has read Plaintiff's counsel's declaration, and based thereon, finds that good cause has been shown to extend the time to file Plaintiff's Opening Brief.

Accordingly, the Court makes the following orders:

1. Plaintiff shall have to and including November 14, 2006 to file his Opening Brief; and

2. The Order to Show Cause is discharged. (Doc. 15).

IT IS SO ORDERED.

Dated:   **October 5, 2006**                              **/s/ Theresa A. Goldner**
**j6eb3d**                                              UNITED STATES MAGISTRATE JUDGE